

# The Attorney General of Texas

December 28, 1979

MARK WHITE
Attorney General

Supreme Court Building
P.O. Box 12548
Austin, TX. 78711
512/475-2501

701 Commerce, Suite 200
Dallas, TX. 75202
214/742-8944

4824 Alberta Ave., Suite 160
El Paso, TX. 79905
915/533-3484

723 Main, Suite 610
Houston, TX. 77002
713/228-0701

806 Broadway, Suite 312
Lubbock, TX. 79401
806/747-5238

4313 N. Tenth, Suite F
McAllen, TX. 78501
512/682-4547

200 Main Plaza, Suite 400
San Antonio, TX. 78205
512/225-4191

An Equal Opportunity/
Affirmative Action Employer

Mr. Evans N. Wentz
Executive Director
State Commission for the Blind
P. O. Box 12866
Austin, Texas 78711

Opinion No. MW-120

Re: Whether the Blind Commission may maintain certain funds outside the state treasury.

Dear Mr. Wentz:

You inquire about the following rider to your appropriation which is included in the current appropriations act:

> Funds accruing to the Commission for the Blind from the operation of food vending facilities shall be deposited to the State Treasury and such funds are hereby appropriated.

General Appropriations Act, Acts 1979, 66th Leg., ch. 843, art. II. You ask whether you must comply with this provision. The funds at issue derive from food vending machines operated by blind people on federal property. Federal law provides authorization for this program and directs the use of funds set aside from the net proceeds of the operation. 20 U.S.C. §§ 107, 107b; 41 C.F.R. §§ 101-20.200 – 101-20.209. The Blind Commission administers the program for the state. Human Resources Code ch. 94. It is suggested that the funds are trust funds which cannot be deposited in the state treasury. See Friedman v. American Surety Co. of New York, 151 S.W.2d 570 (Tex. 1941); Manion v. Lockhart, 114 S.W.2d 216 (Tex. 1938).

In our opinion, federal law does not prohibit the deposit of these funds in the state treasury. The law earmarks certain funds for particular purposes but does not establish procedures for handling them. 20 U.S.C. §§ 107b(2), 107d–3(a). See also 45 C.F.R. § 1369. The quoted rider appropriates the funds placed in the treasury. They are available to be used for the purposes specified by federal law, and thus the Commission is required to deposit them in the State Treasury.

## SUMMARY

Funds accruing to the Commission for the Blind from the operation of food vending facilities shall be

deposited in the state treasury as required by rider to the appropriation act.

Very truly yours,

MARK WHITE
Attorney General of Texas

JOHN W. FAINTER, JR.
First Assistant Attorney General

TED L. HARTLEY
Executive Assistant Attorney General

Prepared by Susan Garrison
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

. C. Robert Heath, Chairman
David B. Brooks
Bob Gammage
Susan Garrison
Rick Gilpin
Bruce Youngblood